# Court of Appeals
# of the State of Georgia

ATLANTA,___November 22, 2016___

*The Court of Appeals hereby passes the following order:*

**A17E0019. RONEY v. RONEY.**

Vishal and Diviya Roney divorced, and the trial court entered the final divorce decree on October 20, 2016. On Monday, November 21, 2016, Vishal Roney filed this emergency motion seeking an extension of time in which to file an application for discretionary appeal. Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." As the underlying subject matter of this application is a final divorce decree, this emergency motion is hereby TRANSFERRED to the Supreme Court for disposition.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/22/2016_____*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] On or after January 1, 2017, the Court of Appeals will have jurisdiction over "[a]ll divorce and alimony cases" pursuant to the Appellate Jurisdiction Reform Act of 2016. Ga. L. 2016, p. 883, § 3-1 [codified as OCGA § 15-3-3.1 (a) (5)].